# UNITED STATES DISTRICT COURT
для the

District of South Carolina

| | |
|---|---|
| United States of America ) | Case No: <u>4:07-cr-794-001 (TLW)</u> |
| ) | USM No: <u>15529-171</u> |
| -versus- ) | <u>William F. Nettles, IV</u> |
| ) | Defendant's Attorney |
| **Derrick Anthony Lucas** ) | |
| a/k/a Ease Up ) | |
| ) | |
| Date of Previous Judgment: <u>January 23, 2009</u> ) | |
| *(Use Date of Last Amended Judgment if Applicable* ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ <u>the defendant</u> ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒ DENIED. ■ GRANTED as outlined herein. Defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of <u>three hundred eight-four (384) months (consisting of three hundred twenty-four (324) months as to Count 1, and one hundred twenty months as to Count 3, to run concurrently, plus 60 months consecutive as to Count 2)</u> **is reduced to** <u>three hundred twenty-two months (322) months (consisting of two hundred sixty-two months (262) months as to Count 1, and one hundred twenty months as to Count 3, to run concurrently, plus 60 months consecutive as to Count 2)</u> . In the event this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment.

*(Complete Parts I and II of Page 2 when motion is granted.)*

Except as provided above, all provisions of the original judgment filed <u>January 23, 2009</u> shall remain in effect.

**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date: <u>July 2, 2012</u> | s/ Terry L. Wooten |
| | *Judge's signature* |
| Effective Date: | Terry L. Wooten, United States District Judge |
| *(if different from order date)* | *Printed name and title* |